# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Annjira Padungsat
                    Plaintiff,

v.                                            Case No.: 1:16−cv−04469
                                                      Honorable Marvin E. Aspen

Sea Republic, LLC, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 29, 2016:

      MINUTE entry before the Honorable Marvin E. Aspen:Motion hearing held on 9/29/2016. Joint motion for approval of settlement [18] is granted. Case dismissed without prejudice as to all defendants with leave to file a motion reinstate by 11/28/2016. In no motion to reinstate is filed by 11/28/2016, dismissal will become a dismissal with prejudice without further order of court. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.